# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE FORTSON, | Case No: 2:21-CV-00384-CJC-GJS |
| PLAINTIFF, | *Assigned to: Hon. Cormac J. Carney* |
| v. | **ORDER REGARDING NOTICE OF SETTLEMENT** |
| CITY OF LOS ANGELES, a municipal entity; CHIEF MICHEL MOORE; OFFICER NICHOLAS ILLSLEY; OFFICER JOVANNA HERNANDEZ; and DOES 3-10 inclusive, | Date Filed: January 1, 2021<br>Trial Date: August 1, 2023 |
| DEFENDANTS. | |

## ORDER

The Court hereby schedules a status conference on **September 25, 2023, at 2:30 p.m.** The parties shall submit a joint status report by **September 18, 2023**. The court further **VACATES** the trial date, pretrial conference date, and all trial related deadlines. The Court retains jurisdiction for 120 days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed and the City of Los Angeles' does not approve the settlement.

**IT IS SO ORDERED.**
Date: June 20, 2023

Hon. Cormac J. Carney
U.S. District Judge

1
ORDER RE NOTICE OF SETTLEMENT

*Fortson v. City of Los Angeles, et. al.*
Case No.: 2:21-CV-00384-CJC-GJS