V. James DeSimone (SBN: 119668)
vjdesimone@gmail.com
Carmen D. Sabater (SBN: 303546)
cds820@gmail.com
Ryann E. Hall (SBN: 306080) Of-Counsel
rhall@bohmlaw.com
**V. JAMES DESIMONE LAW**
13160 Mindanao Way, Suite 280
Marina del Rey, California 90292
Telephone:  310.693.5561
Facsimile:   323.544.6880
Email: VJD000074@bohmlaw.com

Attorneys for PLAINTIFF,
BROOKE FORTSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE FORTSON,<br><br>     PLAINTIFF,<br><br>     v.<br><br>CITY OF LOS ANGELES, a municipal entity; CHIEF MICHEL MOORE; OFFICER NICHOLAS ILLSLEY; OFFICER JOVANNA HERNANDEZ and DOES 3-10 inclusive,<br><br>     DEFENDANTS. | Case No: 2:21-CV-00384-CJC-GJS<br><br>*Assigned for all purpose to Honorable Cormac J. Carney, Courtroom 9B*<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)** |

///
///
///

1
**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**

*Fortson v. City of Los Angeles, et. al.*                                                               V. James DeSimone, Esq.
Case No.: 2:21-CV-00384-CJC-GJS                                                          Carmen D. Sabater, Esq.
                                                                                                                               Ryann E. Hall, Esq.

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties to this action, through their undersigned counsel, stipulate as follow:

1. That Defendants City of Los Angeles; Chief Michel Moore; Officer Nicholas Illsley; Officer Jovanna Hernandez; and all DOE Defendants be dismissed from the above captioned case with prejudice.

2. Each of Plaintiff and Defendants City of Los Angeles and Chief Moore; Officer Nicholas Illsley; Officer Jovanna Hernandez shall bear its/his/her own costs and attorneys' fees.

3. That the case be dismissed in its entirety with prejudice.

Date: January 18, 2024

**V. JAMES DESIMONE LAW**

By: /s/: Ryann E. Hall
V. JAMES DESIMONE, ESQ.
CARMEN SABATER, ESQ.
RYANN E. HALL, ESQ.
Attorneys for PLAINTIFF,
BROOKE FORTSON

**HURRELL CANTRALL LLP**

Date: January 18, 2024

By: /s/: Jordan S. Stern
THOMAS C. HURRELL, ESQ.
JORDAN S. STERN, ESQ.
Attorneys for Defendants,
City of Los Angeles, Chief Michel Moore, Officer Nicholas Illsley and Officer Jovanna Hernandez

1

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**

*Fortson v. City of Los Angeles, et. al.*
Case No.: 2:21-CV-00384-CJC-GJS

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.