# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE FORTSON,<br><br>PLAINTIFF,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; CHIEF MICHEL MOORE; OFFICER NICHOLAS ILLSLEY; OFFICER JOVANNA HERNANDEZ and DOES 3-10 inclusive,<br><br>DEFENDANTS. | Case No: 2:21-CV-00384-CJC-GJS<br><br>*Assigned for all purpose to Honorable Cormac J. Carney, Courtroom 9B*<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)** |

## ORDER

The stipulation is approved. All claims against the City of Los Angeles; Chief Michel Moore; Officer Nicholas Illsley; Officer Jovanna Hernandez, and all Doe Defendants are hereby dismissed with prejudice, with each party bearing its own costs and Attorneys' Fees. The case is dismissed in its entirety.

Date: January 19, 2024

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE